IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

CLIFFORD DURHAM,

Defendant.

CRIMINAL CASE NO.
1:00-CR-85-TWT

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 16] of the Magistrate Judge recommending that this action be dismissed as time barred. The Defendant entered his guilty plea nineteen years ago. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 10 day of October, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\USA\00\00cr85\r&r.docx